(Official Form 1) (1/08)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**NTK Holdings, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**N/A** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**N/A** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**EIN. No. 20-1934298** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all):<br>**N/A** |
| Street Address of Debtor (No. & Street, City, and State):<br>**50 Kennedy Plaza, Providence, RI**<br>ZIP CODE **02903** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**N/A**<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Providence** | County of Residence or of the Principal Place of Business:<br>**N/A** |
| Mailing Address of Debtor (if different from street address):<br>**N/A**<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>**N/A**<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**N/A** | ZIP CODE |

| Type of Debtor<br>(Form of Organization)<br>Check one box. | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other | ☐ Chapter 7    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12    ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

Tax-Exempt Entity
(Check box, if applicable.)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

Nature of Debts (Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ☒ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>----------------------------------------------------------<br>**Check all applicable boxes:**<br>☒ A plan is being filed with this petition.<br>☒ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information (Estimates only) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors (Consolidated with Affiliates)

| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1 - 49 | 50 - 99 | 100 - 199 | 200 - 999 | 1,000 - 5,000 | 5,001 - 10,000 | 10,001 - 25,000 | 25,001 - 50,000 | 50,001 - 100,000 | Over 100,000 |

Estimated Assets (Consolidated with Affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities (Consolidated with Affiliates)

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☒ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case)* | Name of Debtor(s): NTK Holdings, Inc. |
|---|---|

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet)
**NOT APPLICABLE**

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:       See Attached Schedule 1 | Case Number: **Pending** | Date Filed: **Oct. 21, 2009** |
|---|---|---|
| District: **District of Delaware** | Relationship: **Affiliates** | Judge: **Pending** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☒   Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts)<br>**NOT APPLICABLE**<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)                        Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐   Yes, and Exhibit C is attached and made a part of this petition.

☒   No.

**Exhibit D**
**NOT APPLICABLE**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**

(Check any applicable box.)

☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certificate by a Debtor Who Resides as a Tenant of Residential Property**
(Check any applicable boxes.)
**NOT APPLICABLE**

☐   Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord than obtained judgment)

_____
(Address of landlord)

☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐   Debtor has included with his petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐   Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): NTK Holdings, Inc. |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____
    Signature of Debtor

X_____
    Signature of Joint Debtor

_____
    Telephone Number (If not represented by attorney)

_____
    Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding and that I am authorized to file this petition.

(Check only **one** box.)

☐    I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐    Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
    Signature of Foreign Representative)

_____
    Printed Name of Foreign Representative)

_____
    Date

### Signature of Attorney*

X *Mark D. Collins w/permission (1)*
    Signature of Attorney for Debtor(s)

Mark D. Collins (No. 2981)
    Printed Name of Attorney for Joint Debtor(s)

Richards, Layton & Finger, P.A.
    Firm Name

One Rodney Square, Wilmington, DE 19801
    Address

(302) 651-7700
    Telephone Number

October 21, 2009
    Date

\* In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (if the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

x_____

_____
Date

Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or partner whose social security number is provided above.

Name and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment of both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ Richard L. Bready
    Signature of Authorized Individual

Richard L. Bready
    Printed Name of Authorized Individual

President and Chief Executive Officer
    Title of Authorized Individual

October 21, 2009
    Date

**Schedule 1**

| PENDING BANKRUPTCY CASES CONCURRENTLY FILED BY THIS DEBTOR AND AFFILIATED DEBTORS IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE |
|---|

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| NTK Holdings, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Nortek Holdings, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Nortek, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Aigis Mechtronics, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Broan-Mexico Holdings, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Broan-NuTone LLC | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Broan-NuTone Storage Solutions LP | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| CES Group, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| CES International Ltd. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Cleanpak International, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Elan Home Systems, L.L.C. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Gefen, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Governair Corporation | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| GTO, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| HC Installations, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Huntair, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| International Electronics, LLC | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Linear LLC | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Linear H.K. LLC | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | |

| | | Pending |
|---|---|---|

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Lite Touch, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Magenta Research Ltd. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Mammoth-Webco, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Niles Audio Corporation | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Nordyne Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| NORDYNE International, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Nortek International, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| NuTone LLC | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Omnimount Systems, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| **Name of Debtor:** | **Case No.** | **Date Filed:** |
|---|---|---|
| Operator Specialty Company, Inc. | 09-_____ ( ) | October 21, 2009 |

| District: | Relationship: | Judge: |
|---|---|---|
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Pacific Zephyr Range Hood, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Panamax Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Rangaire GP, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Rangaire LP, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Secure Wireless, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| SpeakerCraft, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Temtrol, Inc. | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Xantech Corporation | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

| Name of Debtor: | Case No. | Date Filed: |
|---|---|---|
| Zephyr Corporation | 09-_____ ( ) | October 21, 2009 |
| **District:** | **Relationship:** | **Judge:** |
| District of Delaware | Affiliate | Pending |

On the date hereof, each of the affiliated entities listed above (including the debtor in this chapter 11 case ) filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code with the United States Bankruptcy Court for the District of Delaware (the "Court"). A motion has been filed or shortly will be filed with the Court requesting the chapter 11 cases of these entities be consolidated for procedural purposes only and jointly administered.

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                        :
In re                                   :        Chapter 11
                                        :
NTK HOLDINGS, INC.,                     :        Case No. 09- _____ (   )
                                        :
            Debtor.                     :
                                        :
------------------------------------------------------------x
```

## EXHIBIT "A" TO VOLUNTARY PETITION

1.    The Debtor and/or its affiliates do not have securities registered under Section 12 of the Securities and Exchange Act of 1934, as amended. The Debtor is a voluntary filer under such Act. The Debtor's SEC file number is 333-126389.

2.    The following consolidated financial data (which is consolidated among NTK Holdings, Inc. and its debtor affiliates) is based upon the latest unaudited information, as of July 4, 2009.

| | | | Approximate number of holders |
|---|---|---|---|
| a. | Total assets | $ 1,652,300,000 | |
| b. | Total debts (including debts listed in 2.c., below) | $ 2,778,100,000 | |
| c. | Debt securities held by more than 500 holders | None | N/A |
| d. | Number of shares of preferred stock | 0 | N/A |
| e. | Number of shares of common stock | 3,000  outstanding[1] | 1 |

3.    Brief description of Debtor's business:  The Debtor, together with its direct and indirect subsidiaries, is a manufacturer of air conditioning, heating, ventilation, and home technology products for the residential and commercial construction, do-it-yourself, remodeling, renovation and manufactured housing markets.

4.    List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of Debtor:

- THL-Nortek Investors, LLC holds 100% of the Debtor's voting securities.

---

[1] As of October 21, 2009.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

----------------------------------------------------------------x
                                                 :

*In re*                                      :   **Chapter 11**

                                                :

**NTK HOLDINGS, INC.,**               :

                                                :   **Case No. 09-_____ (  )**

                                                :

                        **Debtor.**             :

                                                :
----------------------------------------------------------------x

## EXHIBIT "C" TO VOLUNTARY PETITION

1.      Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor does not believe it owns or possesses any real or personal property that poses

or is alleged to pose a threat of imminent and identifiable harm to the public health or safety. To the

extent the Debtor has an interest in such property, to the best of the Debtor's knowledge, the Debtor is in

compliance with all applicable laws, including, without limitation, all environmental laws and regulations.

2.      With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety (attach additional sheets if necessary):

The Debtor is not aware of any real or alleged dangerous conditions existing on or related

to any real or personal property owned or possessed by the Debtor.

# CERTIFICATE OF RESOLUTION

I, Richard L. Bready, a duly authorized officer of NTK Holdings, Inc., a Delaware corporation (the "Company"), hereby certify that the following resolutions were duly adopted by the vote and consent of all of the Directors of the Company at a special meeting of the Board of Directors of the Company held on October 21, 2009 in accordance with the requirements of the Delaware General Corporation Law and that said resolutions have not been modified or rescinded and are still in full force and effect on the date hereof:

## Chapter 11 Case

WHEREAS, NTK Holdings, Inc. has determined that it is desirable and in the best interests of the Company and its creditors, employees, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

NOW, THEREFORE, BE IT

RESOLVED, that the each of the President, Chief Executive Officer, Treasurer, or Secretary of NTK Holdings, Inc. and any other person designated and so authorized to act (each, an "Authorized Officer") be, and each hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petitions and amendments thereto under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Officer executing the petition shall determine; and it is further

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP be, and hereby is, employed as attorneys for the Company under a general retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the law firm of Richards, Layton & Finger, P.A., be, and hereby is, employed as local counsel for the Company under a general retainer in the chapter 11 case, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that the firm of Blackstone Advisory Services L.P. be, and hereby is, employed to provide financial advisory services for the Company, subject to the approval of the Bankruptcy Court; and it is further

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, and any employees or agents (including counsel) designated by or directed by any such officers, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all petitions, schedules, motions, lists, applications, pleadings and other papers, and to take and perform any and all further acts and deeds which he or she deems necessary, proper or desirable in connection with the chapter 11 case, including without limitation, negotiating and obtaining debtor-in-possession financing, exit financing, and/or the use of cash collateral, and executing, delivering and performing any and all documents, agreements, certificates and/or instruments in connection with such debtor-in-possession financing, exit financing, and/or use of cash collateral, with a view to the successful prosecution of such case; and it is further

RESOLVED, that each Authorized Person, and such other officers of the Company as the Authorized Persons shall from time to time designate, be, and each hereby is, authorized, empowered and directed, in the name and on behalf of the Company, as the case may be, to: (i) negotiate, execute, deliver and/or file any and all of

the agreements, documents and instruments referenced herein, and such other agreements, documents and instruments and assignments thereof as may be required or as such Authorized Person or designated officer deems appropriate or advisable, or to cause the negotiation, execution and delivery thereof, in the name and on behalf of the Company, as the case may be, in such form and substance as such Authorized Person or designated officer may approve, together with such changes and amendments to any of the terms and conditions thereof as such Authorized Person or designated officer may approve, with the execution and delivery thereof on behalf of the Company by or at the direction of such Authorized Person or designated officer to constitute evidence of such approval, (ii) negotiate, execute, deliver and/or file, in the name and on behalf of the Company any and all agreements, documents, certificates, consents, filings and applications relating to the resolutions adopted and matters ratified or approved herein and the transactions contemplated thereby, and amendments and supplements to any of the foregoing, and to take such other actions as may be required or as such Authorized Person or designated officer deems appropriate or advisable in connection therewith, and (iii) do such other things as may be required, or as may in their judgment be appropriate or advisable, in order to effectuate fully the resolutions adopted and matters ratified or approved herein and the consummation of the transactions contemplated thereby.

RESOLVED, that any and all past actions heretofore taken by any Authorized Officer or the directors of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions be, and the same hereby are, ratified, confirmed, and approved.

IN WITNESS WHEREOF, I have duly executed this Certificate this October 21, 2009.

/s/ Richard L. Bready
Richard L. Bready
Title:   President and Chief Executive Officer

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
------------------------------------------------------x
                                      :
In re                                 :
                                      :
NTK HOLDINGS, INC.,                   :    Chapter 11
                                      :
                                      :    Case No. 09-_____ (___)
                                      :
                  Debtor.             :    Jointly Administered
                                      :
------------------------------------------------------x
```

## CONSOLIDATED LIST OF CREDITORS
## HOLDING 30 LARGEST UNSECURED CLAIMS

       Following is a list of creditors holding, as of October 16, 2009, the 30 largest unsecured claims, on a consolidated basis, against the Debtor and its debtor affiliates that also commenced chapter 11 cases in this Court on the date hereof.[2]

       Except as set forth above, the list of creditors has been prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure. This list does not include (i) persons who come within the definition of "insider" set forth in section 101(31) of chapter 11 of title 11 of the United States Code or (ii) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 30 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor | Telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff[3] | Estimated amount of claim (if secured also state value of security) |
| U.S. Bank | SDS 12-2302 P.O. Box 86 Minneapolis, MN 55486-2302 Attn: Vernice Ziga (617) 603-6613 or Cindy Woodward (651) 495-3907 cindy.woodward@usbank.com Fax No.:651-495-8100 | 8.5% Notes | N/A | $650,972,222.18 |
| U.S. Bank | SDS 12-2302 P.O. Box 86 Minneapolis, MN 55486-2302 Attn: Vernice Ziga (617) 603-6613 or Cindy Woodward (651) 495-3907 cindy.woodward@usbank.com Fax No.:651-495-8100 | 10.75% Notes | N/A | $406,610,215.00 |

---

[2] The information herein shall not constitute an admission of liability by, nor is it binding on, the Debtor.

[3] All claims are subject to customary offsets, rebates, discounts, reconciliations, credits, and adjustments, which are not reflected on this list.

| | | | | |
|---|---|---|---|---|
| **Goldman Sachs Credit Partners L.P.** | Goldman Sachs Credit Partners L.P. 30 Hudson Street, 36th Floor Jersey City, NJ 07302 Attn: Andrew Caditz ken.moua@gs.com Fax No.: 212-357-4597/212-428-1243 | NTK Holdings Unsecured Loan | N/A | $281,418,674.62 |
| **U.S. Bank** | SDS 12-2302 P.O. Box 86 Minneapolis, MN 55486-2302 Attn: Vernice Ziga (617) 603-6613 or Cindy Woodward (651) 495-3907 cindy.woodward@usbank.com Fax No.:651-495-8100 | 9.875% Notes | N/A | $10,159,075.32 |
| **Emerson Climate Technologies** | Box 70156 525 West Monroe 7th Floor Mail Chicago, IL 60661 Attn: Ronald Niekamp (937) 498-3093 Ronald.Niekamp@emerson.com Fax No.: (937) 913-5328 | Trade | N/A | $6,064,105.80 |
| **Linear Hk Manufacturing Ltd.** | 904, 19/F Honour Industrial Centre 6 Sun Yip Street Hong Kong judyk@linear.com.hk 852-255-71133 Fax No.: 852-289-78584 | Trade | N/A | $3,637,925.60 |
| **Mettube Sdn. Bhd. Company** | P.O. Box 7286 40710 Shah Alam Selangor Darul Ehsan Malaysia Attn: Francisco Esquivel 201-905-3331 sashi@mettube.com Fax No.: 011-603-5191-5405 | Trade | N/A | $3,390,728.96 |
| **Broad-Ocean Motor Co.** | #3 Industry Area Shalang Town West District Zhongshan City Guangdong Province China 52841 Attn: Sunny Ouyang 0760-88555361 sunny@broad-ocean.com.cn Fax No.: 86-760-88559031 | Trade | N/A | $3,386,085.80 |
| **Pacesetter Steel Serv** | P.O. Box 100007 Kennesaw, GA 30156 Attn: Jessica Clare 770-919-8000 jcrapaport@pacesettergroup.net Fax No.: 770-420-0962 | Trade | N/A | $3,064,737.85 |
| **China Fob: Sunrise Thailand Co** | Sfc Fasteners (Thailand) Co, Ltd 6/194 Crinakarin Road, Bangmuang, Maung Samutprakan 10270 Thailand Attn: Shim Chia 86-512-55138170 Fax No.: 86-512-55129161 | Trade | N/A | $2,699,394.23 |

| | | | | |
|---|---|---|---|---|
| **CPR: CD Great** | 5fl., No.7, Alley 16, Lane 235, Bao-Chiao Road<br>Hsin-Tien City, Taipei Hsien, Taiwan 231<br>Attn: Vicky Wen<br>886-2-2917-2225<br>Fax No.: 886-2-2917-0741 | Trade | N/A | $2,112,492.80 |
| **A O Smith – China** | 531 N.Fourth Street<br>P.O. Box 74440<br>Tipp City,Ohio 45371<br>Attn: Chester Loughman<br>(937) 667-2431 X2583<br>chester.loughman@aosepc.com<br>Fax No.: 937 669 4921 | Trade | N/A | $1,695,698.05 |
| **Danfoss/Sanhua** | #60 21st Street<br>Hangzhou Economic Development Area<br>Zhejiang 310018<br>Attn: Hongyong Li<br>lihongyong@danfoss-sanhua.com<br>Fax No.: 931-276-2353 | Trade | N/A | $1,535,251.40 |
| **Regal Beloit Electric Motors** | BIN #88159<br>Milwaukee, WI 53288<br>Attn: Karla Lokker<br>715-675-8210<br>karla.lokker@regal.beloit.com<br>Fax No.: 715-675-8057 | Trade | N/A | $1,468,542.66 |
| **Galanz (Zhongsha) Electrical Appliances Ltd.** | # 3 Xingpu Rd East,Huangsu<br>Attn: Lincoln Lin<br>86-760-2330-6983<br>lincoln.lin@galanz.com<br>Fax No.: 0086-760-2330-6330 | Trade | N/A | $1,354,618.94 |
| **Elytone Electronic Co., Ltd** | Ofc 9, Lane 210<br>Wen Chang St<br>Taipei 106-Taiwan, R.O.C.<br>Republic Of China<br>TWN<br>Attn: AMBER KAO<br>011-886-2267-12071<br>Fax No.:011-886-2267-23775 | Product Manufacturer | N/A | $1,013,980.70 |
| **China Fob: Fuchia** | Fuchia Electron (Kunshan) Co, Ltd.<br>No 2 Hongchuan Road, Shiputown<br>Kunshan, Jiangsu 215316<br>China<br>Shim China<br>86-512-55138170<br>Fax No.:86-512-55129161 | Trade | N/A | $981,899.66 |
| **Rexam Sussex** | N65 W24770 Main St. Sussex, WI 53089<br>Attn: Nancy Stull<br>262-246-8022<br>Fax No.:262-246-8423 | Trade | N/A | $952,136.84 |
| **Salem Capital** | P.O. Box 24785<br>Winston-Salem, NC 27114<br>Attn: Phil Martin<br>336-769-9343<br>Fax No.:336.768.6471 | Note payable | N/A | $942,488.45 |

| | | | | |
|---|---|---|---|---|
| **Fast Technologies, Inc.** | 3f,No.133, Lane 235 Baociao Rd. Sindian City,Taipei County 231 Taiwan R.O.C. Taiwan Attn: C.Y. Loo 886-2-8919-1099 Fax No.:886-2-8919-1079 | Product Manufacturer | N/A | $913,067.23 |
| **Leyant** | No. 20 Lane 929 San Feng Road TAIWAN, R.O.C. Attn: Eva Liao 011-886-4523 | Trade | N/A | $858,636.05 |
| **UT Electronic Controls I** | P O Box 70320 Chicago, IL 60673-8216 Attn: Rose Britton 260-358-3368 Rose.Britton@UTC.com Fax No.:860-660-3789 | Trade | N/A | $770,038.77 |
| **Cerro Flow Products Inc.** | Po Box 98168 Chicago, IL 60693-9312 Attn: Pat Riley 800-735-8040 kroth@cerroflow.com Fax No.:618-874-8665 | Trade | N/A | $767,786.93 |
| **Audio Components Int'l., Inc.** | 27520 Hawthorne Blvd. Suite 170 Rolling Hills Estate, CA 90274 Attn: Nicole 310-265-1881 Fax No.:310-265-1885 | Product Manufacturer | N/A | $720,912.15 |
| **Hk Sun Technique Electric Cp** | Hong Kong Sun Technique Electric Co., Ltd 'Flat A3, 3/F., Blk.A Hong Kong Attn: SHAUNT TIAN/DAVID CHAO (011) 852-2757 Ext. 3081 Fax No.: (011) 852-2750 | Trade | N/A | $634,262.85 |
| **Oam Partners LLC** | 3914 Stafford Run Ct High Point, NC 27265 Attn: Don Myers 336-785-7742 Fax No.: 336-785-7744 | Trade | N/A | $630,593.75 |
| **Smart Tech & Investment Ltd.** | Suites C & D, 18/F Spectrum Tower 53 Hung To Road Kwun Tong, Kowloon Attn: Lee Zheng 852-235-70104 Fax No.: 852-238-97524 | Trade | N/A | $586,398.32 |
| **Marubeni America Corp** | P.O. Box 13467 Newark, NJ 07188-0467 Attn: Mario Bullicer 212-450-0100 Fax No.: 212-450-0730 vargo-j@marubeni.com | Trade | N/A | $565,873.27 |

| | | | | |
|---|---|---|---|---|
| **Cato Industrial Co Ltd** | Rm.807, Sino Centre 582-592 Nathan Rd Mongkok Kln Hong Kong Attn: Kathy Liu, Pamela Pan (011) 886-2278 ext 8735 Fax No.: (011) 886-2278 | Trade | N/A | $539,929.38 |
| **Silora Television & Electronics** | 25208 Kfar Masaryk M.P. Ashrat, Israel Attn: Naftali Feniger 972-4-9854572 Fax No.: 972-4-9550115 | Trade | N/A | $535,078.55 |

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-------------------------------------------------------------------x
                                                :
In re                                           :   Chapter 11
                                                :
NTK HOLDINGS, INC.,                             :
                                                :   Case No. 09-_____ (   )
                                                :
            Debtor.                             :
                                                :
-------------------------------------------------------------------x
```

### DECLARATION CONCERNING CREDITOR LIST

I, the undersigned authorized officer of NTK Holdings, Inc., named as the debtor in this case (the "Debtor"), declare under penalty of perjury that I have read the foregoing Consolidated List of Creditors Holding 30 Largest Unsecured Claims against NTK Holdings, Inc. and its affiliates that have simultaneously commenced chapter 11 cases in this Court and that the list is true and correct to the best of my information and belief.

Dated: October 21, 2009

/s/ Richard L. Bready
Richard L. Bready
Title: President and Chief Executive Officer

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
---------------------------------------------------------x
                                          :
In re                                     :    Chapter 11
                                          :
NTK HOLDINGS, INC.,                       :
                                          :    Case No. 09-_____(   )
                                          :
              Debtor.                     :
                                          :
---------------------------------------------------------x
```

## DECLARATION CONCERNING CREDITOR MATRIX

I, the undersigned authorized officer of NTK Holdings, Inc., named as the debtor in this case, declare under penalty of perjury that I have reviewed the consolidated Creditor Matrix of NTK Holdings, Inc. and its affiliates submitted herewith and that the list is true and correct to the best of my information and belief.

Dated:  October 21, 2009

/s/ Richard L. Bready
Richard L. Bready
Title:    President and Chief Executive Officer

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

```
-----------------------------------------------x
                                               :
In re                                          :     Chapter 11
                                               :
NTK HOLDINGS, INC.,                            :
                                               :     Case No. 09-_____( )
                                               :
            Debtor.                            :
                                               :
-----------------------------------------------x
```

## CORPORATE OWNERSHIP STATEMENT (RULE 1007(a)(1))

| Name and Last Known Address of Equity Interest Holder | Kind of Interest | Number of Interests Held |
|---|---|---|
| THL-Nortek Investors, LLC c/o Thomas H. Lee Partners 100 Federal Street Boston, MA 02110 | Sole Shareholder | 100% |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-------------------------------------------------------------x
                                            :
In re                                       :    Chapter 11
                                            :
NTK HOLDINGS, INC.,                         :
                                            :    Case No. 09-_____(   )
                                            :
            Debtor.                         :
                                            :
-------------------------------------------------------------x
```

## DECLARATION CONCERNING CORPORATE OWNERSHIP STATEMENT

        I, the undersigned authorized officer of NTK Holdings, Inc., named as the debtor in this

case, declare under penalty of perjury that I have reviewed the Corporate Ownership Statement of NTK

Holdings, Inc., submitted herewith and that it is true and correct to the best of my information and belief.

Dated:  October 21, 2009

                    /s/ Richard L. Bready
                    Richard L. Bready
                    Title: President and Chief Executive Officer