ORIGINAL

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| ------------------------------------------------------------x | | |
| In re | : | |
| | : | Chapter 11 |
| | : | |
| NTK HOLDINGS, INC., | : | |
| | : | Case No. 09-13611 (KJC) |
| | : | |
| Debtor. | : | |
| | : | Re: Docket No. 2 |
| Employer Tax I.D. No. 20-1934298 | : | |
| ------------------------------------------------------------x | | |
| ------------------------------------------------------------x | | |
| In re | : | |
| | : | Chapter 11 |
| | : | |
| NORTEK HOLDINGS, INC., | : | |
| | : | Case No. 09-13632 (KJC) |
| | : | |
| Debtor. | : | |
| | : | Re: Docket No. 2 |
| Employer Tax I.D. No. 20-1609907 | : | |
| ------------------------------------------------------------x | | |
| ------------------------------------------------------------x | | |
| In re | : | |
| | : | Chapter 11 |
| | : | |
| NORTEK, INC., | : | |
| | : | Case No. 09-13647 (KJC) |
| | : | |
| Debtor. | : | |
| | : | Re: Docket No. 2 |
| Employer Tax I.D. No. 05-0314991 | : | |
| ------------------------------------------------------------x | | |
| ------------------------------------------------------------x | | |
| In re | : | |
| | : | Chapter 11 |
| | : | |
| AIGIS MECHTRONICS, INC., | : | |
| | : | Case No. 09-13648 (KJC) |
| | : | |
| Debtor. | : | |
| | : | Re: Docket No. 2 |
| Employer Tax I.D. No. 26-0376764 | : | |
| ------------------------------------------------------------x | | |

```
--------------------------------------------------------x
In re                                :
                                     :    Chapter 11
                                     :
BROAN-MEXICO HOLDINGS, INC.,         :
                                     :    Case No. 09-13644 (KJC)
                                     :
         Debtor.                     :
                                     :    Re: Docket No. 2
Employer Tax I.D. No. 05-0411438     :
--------------------------------------------------------x
--------------------------------------------------------x
In re                                :
                                     :    Chapter 11
                                     :
BROAN-NUTONE LLC,                    :
                                     :    Case No. 09-13621 (KJC)
                                     :
         Debtor.                     :
                                     :    Re: Docket No. 2
Employer Tax I.D. No. 05-0504397     :
--------------------------------------------------------x
--------------------------------------------------------x
In re                                :
                                     :    Chapter 11
                                     :
BROAN-NUTONE STORAGE                 :
SOLUTIONS LP,                        :
                                     :    Case No. 09-13613 (KJC)
                                     :
         Debtor.                     :
                                     :    Re: Docket No. 2
Employer Tax I.D. No. 05-0494328     :
--------------------------------------------------------x
--------------------------------------------------------x
In re                                :
                                     :    Chapter 11
                                     :
CES GROUP, INC.,                     :
                                     :    Case No. 09-13638 (KJC)
                                     :
         Debtor.                     :
                                     :    Re: Docket No. 2
Employer Tax I.D. No. 73-1015781     :
--------------------------------------------------------x
```

2

```
------------------------------------------------------------x
In re                                    :
                                         :   Chapter 11
                                         :
CES INTERNATIONAL LTD.,                   :
                                         :   Case No. 09-13624 (KJC)
                                         :
              Debtor.                     :
                                         :   Re: Docket No. 2
Employer Tax I.D. No. 05-0516119          :
------------------------------------------------------------x
------------------------------------------------------------x
In re                                    :
                                         :   Chapter 11
                                         :
CLEANPAK INTERNATIONAL, INC.,             :
                                         :   Case No. 09-13641 (KJC)
                                         :
              Debtor.                     :
                                         :   Re: Docket No. 2
Employer Tax I.D. No. 20-4552925          :
------------------------------------------------------------x
------------------------------------------------------------x
In re                                    :
                                         :   Chapter 11
                                         :
ELAN HOME SYSTEMS, L.L.C.,                :
                                         :   Case No. 09-13642 (KJC)
                                         :
              Debtor.                     :
                                         :   Re: Docket No. 2
Employer Tax I.D. No. 61-1287629          :
------------------------------------------------------------x
------------------------------------------------------------x
In re                                    :
                                         :   Chapter 11
                                         :
GEFEN, INC.,                              :
                                         :   Case No. 09-13619 (KJC)
                                         :
              Debtor.                     :
                                         :   Re: Docket No. 2
Employer Tax I.D. No. 91-1941217          :
------------------------------------------------------------x
```

3

```
-------------------------------------------x
In re                                      :
                                           :   Chapter 11
                                           :
GOVERNAIR CORPORATION,                     :
                                           :   Case No. 09-13627 (KJC)
                                           :
            Debtor.                        :
                                           :   Re: Docket No. 2
Employer Tax I.D. No. 73-0261240           :
-------------------------------------------x
-------------------------------------------x
In re                                      :
                                           :   Chapter 11
                                           :
GTO, INC.,                                 :
                                           :   Case No. 09-13631 (KJC)
                                           :
            Debtor.                        :
                                           :   Re: Docket No. 2
Employer Tax I.D. No. 59-3596645           :
-------------------------------------------x
-------------------------------------------x
In re                                      :
                                           :   Chapter 11
                                           :
HC INSTALLATIONS, INC.,                    :
                                           :   Case No. 09-13639 (KJC)
                                           :
            Debtor.                        :
                                           :   Re: Docket No. 2
Employer Tax I.D. No. 20-4960110           :
-------------------------------------------x
-------------------------------------------x
In re                                      :
                                           :   Chapter 11
                                           :
HUNTAIR, INC.,                             :
                                           :   Case No. 09-13637 (KJC)
                                           :
            Debtor.                        :
                                           :   Re: Docket No. 2
Employer Tax I.D. No. 20-4552838           :
-------------------------------------------x
```

```
-----------------------------------------------x
In re                                          :
                                               :        Chapter 11
                                               :
INTERNATIONAL ELECTRONICS, LLC,                :
                                               :        Case No. 09-13645 (KJC)
                                               :
            Debtor.                            :
                                               :        Re: Docket No. 2
Employer Tax I.D. No. 04-2654321               :
-----------------------------------------------x
-----------------------------------------------x
In re                                          :
                                               :        Chapter 11
                                               :
LINEAR LLC,                                    :
                                               :        Case No. 09-13625 (KJC)
                                               :
            Debtor.                            :
                                               :        Re: Docket No. 2
Employer Tax I.D. No. 95-2159070               :
-----------------------------------------------x
-----------------------------------------------x
In re                                          :
                                               :        Chapter 11
                                               :
LINEAR H.K. LLC,                               :
                                               :        Case No. 09-13633 (KJC)
                                               :
            Debtor.                            :
                                               :        Re: Docket No. 2
Employer Tax I.D. No. 98-0349638               :
-----------------------------------------------x
-----------------------------------------------x
In re                                          :
                                               :        Chapter 11
                                               :
LITE TOUCH, INC.,                              :
                                               :        Case No. 09-13618 (KJC)
                                               :
            Debtor.                            :
                                               :        Re: Docket No. 2
Employer Tax I.D. No. 87-0430152               :
-----------------------------------------------x
```

RLF1-3454823-1

```
-----------------------------------------------------x
In re                                                :
                                                     :   Chapter 11
                                                     :
MAGENTA RESEARCH LTD.,                               :
                                                     :   Case No. 09-13612 (KJC)
                                                     :
                 Debtor.                             :
                                                     :   Re: Docket No. 2
Employer Tax I.D. No. 06-1505160                     :
-----------------------------------------------------x
-----------------------------------------------------x
In re                                                :
                                                     :   Chapter 11
                                                     :
MAMMOTH-WEBCO, INC.,                                 :
                                                     :   Case No. 09-13636 (KJC)
                                                     :
                 Debtor.                             :
                                                     :   Re: Docket No. 2
Employer Tax I.D. No. 43-1413077                     :
-----------------------------------------------------x
-----------------------------------------------------x
In re                                                :
                                                     :   Chapter 11
                                                     :
NILES AUDIO CORPORATION,                             :
                                                     :   Case No. 09-13635 (KJC)
                                                     :
                 Debtor.                             :
                                                     :   Re: Docket No. 2
Employer Tax I.D. No. 20-2742001                     :
-----------------------------------------------------x
-----------------------------------------------------x
In re                                                :
                                                     :   Chapter 11
                                                     :
NORDYNE INC.,                                        :
                                                     :   Case No. 09-13630 (KJC)
                                                     :
                 Debtor.                             :
                                                     :   Re: Docket No. 2
Employer Tax I.D. No. 05-0414381                     :
-----------------------------------------------------x
```

6

```
--------------------------------------------x
In re                                        :
                                             :     Chapter 11
                                             :
NORDYNE INTERNATIONAL, INC.,                 :
                                             :     Case No. 09-13615 (KJC)
                                             :
            Debtor.                          :
                                             :     Re: Docket No. 2
Employer Tax I.D. No. 20-2787842             :
--------------------------------------------x
--------------------------------------------x
In re                                        :
                                             :     Chapter 11
                                             :
NORTEK INTERNATIONAL, INC.,                  :
                                             :     Case No. 09-13628 (KJC)
                                             :
            Debtor.                          :
                                             :     Re: Docket No. 2
Employer Tax I.D. No. 20-3690717             :
--------------------------------------------x
--------------------------------------------x
In re                                        :
                                             :     Chapter 11
                                             :
NUTONE LLC,                                  :
                                             :     Case No. 09-13629 (KJC)
                                             :
            Debtor.                          :
                                             :     Re: Docket No. 2
Employer Tax I.D. No. 95-3959551             :
--------------------------------------------x

--------------------------------------------x
In re                                        :
                                             :     Chapter 11
                                             :
OMNIMOUNT SYSTEMS, INC.,                     :
                                             :     Case No. 09-13623 (KJC)
                                             :
            Debtor.                          :
                                             :     Re: Docket No. 2
Employer Tax I.D. No. 95-3727936             :
--------------------------------------------x
```

7

```
--------------------------------------------------------x
In re                                  :
                                       :          Chapter 11
                                       :
OPERATOR SPECIALTY COMPANY, INC.,      :
                                       :          Case No. 09-13622 (KJC)
                                       :
            Debtor.                    :
                                       :          Re: Docket No. 2
Employer Tax I.D. No. 38-2086248       :
--------------------------------------------------------x
--------------------------------------------------------x
In re                                  :
                                       :          Chapter 11
                                       :
PACIFIC ZEPHYR RANGE HOOD, INC.,       :
                                       :          Case No. 09-13614 (KJC)
                                       :
            Debtor.                    :
                                       :          Re: Docket No. 2
Employer Tax I.D. No. 95-4458936       :
--------------------------------------------------------x
--------------------------------------------------------x
In re                                  :
                                       :          Chapter 11
                                       :
PANAMAX INC.,                          :
                                       :          Case No. 09-13616 (KJC)
                                       :
            Debtor.                    :
                                       :          Re: Docket No. 2
Employer Tax I.D. No. 94-2350890       :
--------------------------------------------------------x
--------------------------------------------------------x
In re                                  :
                                       :          Chapter 11
                                       :
RANGAIRE GP, INC.,                     :
                                       :          Case No. 09-13646 (KJC)
                                       :
            Debtor.                    :
                                       :          Re: Docket No. 2
Employer Tax I.D. No. 05-0494327       :
--------------------------------------------------------x
```

8

```
-------------------------------------------------------x
In re                                :
                                     :                Chapter 11
                                     :
RANGAIRE LP, INC.,                   :
                                     :                Case No. 09-13640 (KJC)
                                     :
           Debtor.                   :
                                     :                Re: Docket No. 2
Employer Tax I.D. No. 74-2759900     :
-------------------------------------------------------x
-------------------------------------------------------x
In re                                :
                                     :                Chapter 11
                                     :
SECURE WIRELESS, INC.,               :
                                     :                Case No. 09-13620 (KJC)
                                     :
           Debtor.                   :
                                     :                Re: Docket No. 2
Employer Tax I.D. No. 68-0502485     :
-------------------------------------------------------x
-------------------------------------------------------x
In re                                :
                                     :                Chapter 11
                                     :
SPEAKERCRAFT, INC.,                  :
                                     :                Case No. 09-13626 (KJC)
                                     :
           Debtor.                   :
                                     :                Re: Docket No. 2
Employer Tax I.D. No. 06-1576374     :
-------------------------------------------------------x
-------------------------------------------------------x
In re                                :
                                     :                Chapter 11
                                     :
TEMTROL, INC.,                       :
                                     :                Case No. 09-13643 (KJC)
                                     :
           Debtor.                   :
                                     :                Re: Docket No. 2
Employer Tax I.D. No. 73-0603996     :
-------------------------------------------------------x
```

9

```
-------------------------------------------------------------x
In re                                        :
                                             :     Chapter 11
                                             :
XANTECH CORPORATION,                         :
                                             :     Case No. 09-13634 (KJC)
                                             :
        Debtor.                              :
                                             :     Re: Docket No. 2
Employer Tax I.D. No. 95-2631552             :
-------------------------------------------------------------x
-------------------------------------------------------------x
In re                                        :
                                             :     Chapter 11
                                             :
ZEPHYR CORPORATION,                          :
                                             :     Case No. 09-13617 (KJC)
                                             :
        Debtor.                              :
                                             :     Re: Docket No. 2
Employer Tax I.D. No. 94-3251650             :
-------------------------------------------------------------x
```

## ORDER PURSUANT TO RULE 1015(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE <u>DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES</u>

Upon the motion (the "***Motion***"), dated October 21, 2009, of NTK Holdings, Inc. and

certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11

cases (collectively, the "***Debtors***"), pursuant to Rule 1015(b) of the Bankruptcy Rules,[1] directing

the joint administration of the Debtors' chapter 11 cases for procedural purposes only, all as

more fully described in the Motion; and upon consideration of the *Declaration of Richard L.*

*Bready in Support of the Debtors' Chapter 11 Petitions and Request for First Day Relief* (the

"***Bready Declaration***"); and consideration of the Motion and the relief requested therein a core

proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to

28 U.S.C. §§ 1408 and 1409; and the Court having jurisdiction to consider the Motion and the

---

[1] Capitalized terms used and not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1-3454823-1

relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and due and proper notice of the hearing to consider the relief requested therein (the "***Hearing***") having been provided to: (i) the United States Trustee for the District of Delaware; (ii) the Debtors' thirty (30) largest unsecured creditors (on a consolidated basis); (iii) counsel for the Ad Hoc Committee, Paul, Weiss, Rifkind, Wharton & Garrison LLP (attn: Andrew N. Rosenberg, Lawrence G. Wee, and Brian S. Hermann) and Young Conaway Stargatt & Taylor, LLP (attn: Pauline K. Morgan); (iv) Goldman Sachs Credit Partners L.P. as agent under the Bridge Loan (attn: Andrew Caditz, Philip F. Green, Jaime Weisfelner, and Pedro Ramirez); (v) counsel for Goldman Sachs Credit Partners L.P., Cravath, Swaine & Moore LLP (attn: George Stephanakis); (vi) Bank of America, N.A. as agent under the ABL Facility (attn: Timothy A. Clarke and Richard M. Levensen); (vii) counsel for Bank of America, N.A., Shearman & Sterling LLP (attn: James L. Garrity and Susan A. Fennessey) and Potter Anderson & Corroon LLP (attn: Laurie Selber Silverstein); (viii) counsel for U.S. Bank N.A. as indenture trustee under the 10% Notes, the 8 ½% Notes, the 9 ⅞% Notes, and the NTK 10 ¾% Notes, Loeb & Loeb LLP (attn: Walter H. Curchack); and (ix) counsel for the Ad Hoc Group of 10% Noteholders (as defined in the Prepackaged Plan), Akin Gump Strauss Hauer & Feld LLP (attn: Michael S. Stamer and Philip C. Dublin) (collectively, the "***Notice Parties***"), and no further notice being necessary; and the legal and factual bases set forth in the Motion establishing just and sufficient cause to grant the relief requested therein; and the relief granted herein being in the best interests of the Debtors, their estates, creditors, and all parties in interest; and the Court having held the Hearing with the appearances of interested parties noted in the record of the Hearing; and upon all of the proceedings before the Court, the Court hereby ORDERS that:

1.      The Motion is granted to the extent set forth herein.

11

2.     The above-captioned chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by the Court under Case No. 09-13611 (KJC).

3.     Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of the above-captioned cases.

4.     The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

-----------------------------------------------------------x
                                             :
*In re*                                      :     **Chapter 11**
                                             :
**NTK HOLDINGS, INC., *et al.*,**[1]          :     **Case No. 09–13611 (KJC)**
                                             :
         **Debtors.**                        :     **(Jointly Administered)**
                                             :
-----------------------------------------------------------x

5.     A docket entry shall be made in each of the above-captioned cases substantially as follows:

An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of NTK Holdings, Inc.; Nortek Holdings, Inc.; Nortek, Inc.; Aigis Mechtronics, Inc.; Broan-Mexico Holdings, Inc.; Broan-NuTone LLC; Broan-NuTone Storage Solutions LP; CES Group, Inc.; CES International Ltd.; Cleanpak International, Inc.; Elan Home Systems, L.L.C.; Gefen, Inc.; Governair Corporation; GTO, Inc.; HC Installations, Inc.; Huntair, Inc.; International Electronics, LLC; Linear LLC; Linear H.K. LLC; Lite Touch, Inc.; Magenta Research Ltd.; Mammoth-Webco, Inc.; Niles Audio

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: NTK Holdings, Inc. (4298); Nortek Holdings, Inc. (9907); Nortek, Inc. (4991); Aigis Mechtronics, Inc. (6764); Broan-Mexico Holdings, Inc. (1438); Broan-NuTone LLC (4397); Broan-NuTone Storage Solutions LP (4328); CES Group, Inc. (5781); CES International Ltd. (6119); Cleanpak International, Inc. (2925); Elan Home Systems, L.L.C. (7629); Gefen, Inc. (1217); Governair Corporation (1240); GTO, Inc. (6645); HC Installations, Inc. (0110); Huntair, Inc. (2838); International Electronics, LLC (4321); Linear LLC (9070); Linear H.K. LLC (9638); Lite Touch, Inc. (0152); Magenta Research Ltd. (5160); Mammoth-Webco, Inc. (3077); Niles Audio Corporation (2001); Nordyne Inc. (4381); NORDYNE International, Inc. (7842); Nortek International, Inc. (0717); NuTone LLC (9551); OmniMount Systems, Inc. (7936); Operator Specialty Company, Inc. (6248); Pacific Zephyr Range Hood, Inc. (8936); Panamax Inc. (0890); Rangaire GP, Inc. (4327); Rangaire LP, Inc. (9900); Secure Wireless, Inc. (2485); SpeakerCraft, Inc. (6374); Temtrol, Inc. (3996); Xantech Corporation (1552); and Zephyr Corporation (1650). The Debtors' principal offices are located at 50 Kennedy Plaza, Suite 1900, Providence, Rhode Island 02903. The addresses for all of the Debtors are available at the website chapter11.epiqsystems.com/nortek.

RLF1-3454823-1

Corporation; Nordyne Inc.; NORDYNE International, Inc.; Nortek International, Inc.; NuTone LLC; OmniMount Systems, Inc.; Operator Specialty Company, Inc.; Pacific Zephyr Range Hood, Inc.; Panamax Inc.; Rangaire GP, Inc.; Rangaire LP, Inc.; Secure Wireless, Inc.; SpeakerCraft, Inc.; Temtrol, Inc.; Xantech Corporation; and Zephyr Corporation. The docket in **Case No. 09-13611 (KJC)** should be consulted for all matters affecting this case.

6.    This Court shall retain jurisdiction to hear and determine all matters

arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: October 23, 2009
       Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

13